I.A Honorable (Attorney, Veteran, and College Student) (Gene Edward Scott II) (Judge and Joe Military Officer)

~~100~~ P.O. Box 401

Holly Grove, Arkansas 72069,

(480) 203-6728,

CV23-00020-PHX-JAT

and Email: genscott1967@yahoo.com.

Pret.
Jury

THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF ~~ARKANSAS~~ AZ.

Gene Edward Scott II,    Case #:
Petitioner(s)

vs

THE Ones
(Kamala Harris, Donald Trump Sr, Joe Biden and Barack Obama), in official capacity
Respondant.
1600 Pennsylvania Ave, NW,

-1-

Washington, DC 20500

(202) 456-1111,

I. Question of Law;
  A. Administration Act;
  B. VIII Amendment Of The United States Constitution, etc. of 26 Amendments.

II. Diversity of Citizenship.

IV. Amounts In Question;
Our amounts being now directed to Kamala Harris..., we state and, etc.

V. Statement Of Claim

Well deserved and Equal Protection of the laws... are in need, we declare.

VI. Statement Of Relief;

the All of ours, we requested to the White House.

-2-

We, declare honorably Honorable Gene Edward Scott II's' action is for 100% legal purpose, we, state(s').,.

Dated: 12/29/2022.

Petitioner has more debt than profit currently.

*[signature]*

Hi. Clerk..., please file the attachment to h-e-r-e and h-e-a-r-ing for our Civil Case. Thanks.

Dated: 12/28/2022.

[signature]